LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 13-09210-BRO (VBKx) | Date | February 26, 2013 |
|---|---|---|---|
| Title | Javier Ramirez v. Wells Fargo Bank N.A. et al. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO OPPOSE

On January 10, 2014, Plaintiff Javier Ramirez filed a first amended complaint. (Dkt. No. 10.) On January 28, 2014, Defendant Wells Fargo Bank N.A. filed a motion to dismiss, setting the hearing date for March 3, 2014. (Dkt. No. 12.) Pursuant to Local Rule 7-9, Plaintiff was required to file an opposition at least twenty-one days prior to the March 3 hearing date. Accordingly, Plaintiff's opposition was due on February 10, 2014. To date, the Court has yet to receive any opposition from Plaintiff. Pursuant to Local 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of [a particular] motion."

Therefore, Plaintiff is ORDERED TO SHOW CAUSE why the motion to dismiss should not be granted for Plaintiff's failure to oppose. Plaintiff must respond to this order **no later than noon on Friday, February 28, 2014, at 4:00 p.m. Failure to file a response could result in dismissal of the entire action.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |